IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE SHIELDS,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-12-1687 |
| | § | |
| SMILEY MEDIA INC.,<br>    Defendant. | §<br>§<br>§ | |

## ORDER

Pursuant to Plaintiff's Unopposed Motion to Dismiss with Prejudice [Doc. # 21], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

SIGNED at Houston, Texas, this **30th** day of **November, 2012**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2012\1687DismissPrejudice.wpd   121130.1709